# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

KELLY HANCE

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:04-CV-160

NORFOLK SOUTHERN RAILWAY CO

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The R&R [doc 119] is ACCEPTED IN WHOLE. Accordingly, plaintiff Kelly Wayne Hance is awarded $145,887.50 in attorneys fees and $5,001.57 in costs.

October 16, 2007
Date

Patricia L. McNutt, Clerk

By    s/A. Archer    Case Manager