UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KELLY W. HANCE, )
)
    Plaintiff, )
) No. 3:04-CV-160
) (PHILLIPS/GUYTON)
V. )
)
NORFOLK SOUTHERN RAILWAY CO., *et al.*, )
)
    Defendant. )

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the order of the District Judge [Doc. 193] referring Gregory A. Stayart's "Motion to Dismiss Motion for Accounting and to Vacate Rule to Show Cause" [Doc. 154], and related motions, to this Court for disposition. The Plaintiff has filed a "Motion to Strike or in the Alternative Deny the Respondent Gregory A. Stayart's Motion to Dismiss and Request to Vacate Ruling to Show Cause," [Doc. 196].

The Court has entered any order denying Mr. Stayart's "Motion to Dismiss Motion for Accounting and to Vacate Rule to Show Cause," [Doc. 154]. Because Mr. Stayart's motion has been denied, the Court finds that the Plaintiff's Motion to Dismiss **[Doc. 196]** is now moot, and it is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

                                ENTER:

                                    s/ H. Bruce Guyton
                                United States Magistrate Judge